UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


DAVID W. LINDER,

    Plaintiff,

David W Linder
# 25913-048
Federal Correctional Institute
PO Box 5000
Pekin, IL 61555

VS.

          COMPLAINT

Case: 1:16-cv-02039
Assigned To : Boasberg, James E.
Assign. Date : 10/12/2016
Description: FOIA/Privacy Act (I Deck)

Executive Office of US Attorneys,

    Defendant.

E O U S A
600 E ST NW
Rm 7300 Bicntennial
Washington, DC 20530


\* \* \*


The best outcome of the current procrastination by EOUSA FOIA

actors would be for release of the pre-paid for documents that would

effectively moot this complaint.


Appeal of the original Feb 20, 2014 notice, once clarified, resulted

in payment of the requested fees.  That resulted in no production of the

requested material – essentially trial exhibits.


RECEIVED
Mail Room

SEP 1 3 2016

la D. Caesar, Clerk of Court
ourt, District of Columb

History of Request


At the time notice was made, Feb 20, 2014, the $70.00 request for prepaid costs was accompanied with a notice "this is not a bill". After appeal, the money was paid in a money order made by a family member.


Now, inquiry results in no reply. It was believed that short specific requests were the way to go rather than broad requests. The request for money was made after a dead period of about two to three years where nothing happened. FOIA request from 2010 to 2014 were "shelved".


I feel the evidence used against me is being held improperly. It is hard to believe it has now been effectivley withheld for 12 years.  I am keenly aware that EOUSA knows I have discredited thoroughly, several key items of evidence. They are acting as the functional equivalent of a shield, protect-ing junk that cannot withstand scrutiny, knowlingly, and deviantly.


This body of evidence was at least in part, inferred to a jury. It carries no protection or exemption of legal origin. Understandably, some articles are so infantile as to be embarrassing, but that does not deny the legitimate requestor. It is presumed the evidence book came into possession of EOUSA because it has been put that way from actors in Norfolk district court.

The material requested is the evidence included in the "evidence book" and at least, but possibly just the one, "defense exhibit", which was purported to be a search warrant in Hancock , New York.

Evidence includes a number of PowerPoints, CV's, and of great interest, a photocopy of Ex 800, an Express Envelope, alleged to have carried substances from Nevada to New York.

Nothing demands review for redaction. There is no reason for any further delay.

September 8, 2016                    Respectfully requested,

Doc. Attached p. 4

*David W. Linder*

David W. Linder



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
*Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*

_(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)_

July 29, 2014

Requester: David  Linder

Request Number: FOIA-10-841, 10-2704, 12-1658, 12-4989, 12-5049, 2013-2187, 2013-2360, 2013-2437, 2013-2545, 2013-2547, 2013-2591, 2013-2627, 2013-2323, 2013-2438, 2013-1871, 2013-2865.
Subject:        Self

Dear Mr. Linder:

On February 20, 2014,  we sent you a letter indicating an estimate of the fees that would be charged $70.00 in aggregate search fees for processing your numerous prior Freedom of Information Act request. We gave you 30 days to respond with your advance payment.  Since we did not receive the advance payment, your request file has been closed.

This is the final action on this above-numbered request.  You may appeal this decision on this request by writing to the Office of Information Policy (OIP), United States Department of Justice, 1425 New York Avenue, N.W., Suite 11050, Washington, D.C. 20530-0001. Both the letter and envelope should be marked "FOIA Appeal." Your appeal must be received by OIP within 60 days from the date of this letter.   If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. § 16.9.

Sincerely,

Susan B. Gerson
Acting Assistant Director

- 4 -

CERTIFICATE OF SERVICE

A true copy of the complaint filed against EOUSA

in a FOIA action was mailed to opposing party on

this September 8, 2016.

⇨25913-048⇨
David W Linder
# 25913-048
Federal Correctional Institute
PO Box 5000
Pekin, IL 61555
United States

Sworn under 28 USC §1746

Executed by: *David V. Zider*

David W. Linder

Mailed to:

⇨25913-048⇨
    E O U S A
    600 E ST NW
    Rm 7300 Bicntennial
    Washington, DC 20530
    United States